**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 1:25-CR-00119-01** |
| **VERSUS** | **JUDGE EDWARDS** |
| **SHANE MACK (01)** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**ORDER**

The Report and Recommendation of the Magistrate Judge (Doc. 49) having been considered, no objections thereto having been filed,

IT IS ORDERED that the Motion to Determine Mental Competency of the Defendant under 18 U.S.C. § 4241 (Doc. 46) is GRANTED, and that

- Defendant Shane Mack is COMMITTED to the custody of the Attorney General for hospitalization and treatment as required by § 4241(d);

- the Bureau of Prisons provide periodic written reports regarding his mental condition, treatment, and prognosis (including the likelihood that he will attain competency in the foreseeable future), and;

- at the conclusion of the § 4241(d)(1) period, the Court (on motion from Defendant) conduct further proceedings to determine whether Mack has been restored to competency or whether additional action under §§ 4241(d)(2), 4246, or 4248 is appropriate.

THUS DONE in Chambers on this 4th day of May, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE